NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV  89511
(775) 829-7800
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br> vs. <br><br> PETERSEN CONSTRUCTION, INC., a Nevada corporation; ERIC PETERSEN; KAREN PETERSEN; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; DEVELOPERS SURETY & INDEMNITY COMPANY, an Iowa corporation; and DOES 2-10, <br><br> Defendants. | Case No. 3:09-cv-00720-RCJ-VPC <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs, by and through their undersigned counsel, and Chapter 7 Trustee Angelique L. M. Clark, acting pursuant to that certain Stipulation and Order to Dismiss Federal Court Litigation Against Debtors and Petersen Construction, Inc. with Prejudice entered in the Chapter 7 bankruptcy case captioned *In re Petersen*, Case No. 11-50174-btb, in the United States Bankruptcy Court for the District of Nevada, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims in the above-entitled action shall be,

///
///
///
///

1

and hereby are, voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys fees.

DATED this **18th** day of **June**, 2013.

JENKINS & CARTER
Attorneys for Plaintiffs

By: _____
NATHAN M. JENKINS
JERRY C. CARTER
501 Hammill Lane
Reno, Nevada 89511

DATED this **4th** day of **June**, 2013.

TRUSTEE, CHAPTER 7
On behalf of Defendants Petersen Construction, Inc., Eric Petersen, and Karen Petersen

By: _____
ANGELIQUE L. M. CLARK
Chapter 7 Trustee
POB 50070
Sparks, NV 89435
(775) 626-7083

**ORDER**

IT IS SO ORDERED.

Dated this 21st day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT 1

Laborers Trust Funds, et al. vs. Petersen Construction, et al.
3:09-cv-00720-ECR-VPC

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

# EXHIBIT 1

*Bruce T Beesley*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**June 12, 2013**

NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
(775) 829-7800

Attorneys for Northern Nevada Laborers
Trust Funds and Northern Nevada
Operating Engineers Trust Funds

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 11-50174-btb |
| ERIC S. PETERSEN and KAREN M. PETERSEN, | Chapter Number: 7 |
| | STIPULATION AND ORDER TO DISMISS FEDERAL COURT LITIGATION AGAINST DEBTORS AND PETERSEN CONSTRUCTION, INC. WITH PREJUDICE |
| Debtors. / | (NO HEARING REQUIRED) |

This Stipulation and Order to Dismiss Federal Court Litigation Against Debtors and Petersen Construction, Inc. with Prejudice (this "Stipulation") is entered into by and among: (1) Angelique L. M. Clark, Chapter 7 Trustee (the "Chapter 7 Trustee"); (2) Trustees of the Northern Nevada Laborers Health and Welfare Trust Fund, Laborers Pension Trust Fund for Northern Nevada, Laborers Training Trust for Northern Nevada, and Construction Workers Vacation Savings Trust Plan (collectively, the "Northern Nevada Laborers Trust Funds"); and (3) the

1

1 Trustees of the Northern Nevada Operating Engineers Health & Welfare Trust Fund, Operating
2 Engineers and Participating Employers Preapprentice, Apprentice, and Journeyman Affirmative
3 Action Training Fund for Northern Nevada, Operating Engineers Pension Trust Fund, Operating
4 Engineers Vacation and Holiday Pay Plan, and Pensioned Operating Engineers Health & Welfare
5 Trust Fund (collectively, the "Northern Nevada Operating Engineers Trust Funds").

6     Whereas, on or about December 9, 2009 the Trustees of the Northern Nevada Laborers
7 Trust Funds filed a Complaint in Case No. Case No. 3:09-cv-00720-RCJ-VPC, in the United
8 States District Court for the District of Nevada, against Petersen Construction, Inc. (the
9 "Construction Company"), Eric Petersen, and Karen Petersen to collect fringe benefit
10 contributions pursuant to the Employee Retirement Income Security Act ("ERISA");

11     Whereas, on or about December 9, 2009 the Trustees of the Northern Nevada Operating
12 Engineers Trust Funds filed a Complaint in Case No. 3:09-cv-00721-ECR-VPC, in the United
13 States District Court for the District of Nevada, against Petersen Construction, Inc. (the
14 "Construction Company"), Eric Petersen, and Karen Petersen to collect fringe benefit
15 contributions pursuant to ERISA;

16     Whereas, Debtors Eric S. Petersen and Karen Petersen, in their individual capacity, filed
17 for bankruptcy relief under Chapter 7 on or about January 21, 2011;

18     Whereas, Eric S. Petersen was the sole shareholder of the Construction Company at the
19 time he filed for bankruptcy relief;

20     Whereas, Angelique L. M. Clark was appointed the Chapter 7 Trustee in this case;

21     Whereas, the Stipulation and Order Determining the Trustee's Rights and Duties with
22 Regard to Litigation and Agreeing to Request Stay of State Court Litigation Brought by Petersen
23 Construction, Inc. for 120 Days (#35) was entered on June 17, 2011, and provides, among other
24 things that: (1) "The Parties stipulate that Eric S. Petersen was the sole shareholder of the
25 Construction Company before he filed for bankruptcy relief, and as such is not entitled to exempt
26 that stock in his personal bankruptcy"; and (2) "The stock interest in the Construction Company
27 is an asset of Eric S. Petersen's personal bankruptcy estate, and therefore, the Trustee is now the
28 sole shareholder of the Construction Company";

1  Whereas, the bankruptcy estate in this case included all non-exempt assets of Eric
2  Petersen, Karen Petersen, and the Construction Company;
3  Whereas, the Chapter 7 Trustee has completed her administration of the estate;
4  Whereas, on March 8, 2012, Defendants Eric Petersen and Karen Petersen received a
5  discharge under 11 U.S.C. § 727 in the Chapter 7 bankruptcy case captioned In re Petersen, Case
6  No. 11-50174-btb, in the United States Bankruptcy Court for the District of Nevada; and
7  Whereas, the parties to this Stipulation desire to dismiss Case No. 3:09-cv-00720-RCJ-
8  VPC and Case No. 3:09-cv-00721-ECR-VPC with prejudice, with each party to bear its own
9  costs and attorneys fees;
10  Accordingly, the parties to this Stipulation hereby agree and stipulate that the Chapter 7
11  Trustee shall execute, on behalf of Petersen Construction, Inc. and Debtors Eric S. Petersen and
12  Karen Petersen, stipulations for dismissal with prejudice of Case No. 3:09-cv-00720-RCJ-VPC
13  and Case No. 3:09-cv-00721-ECR-VPC, with each party to bear its own costs and attorneys fees.

DATED June 4, 2013.      TRUSTEE, CHAPTER 7

By: _____
ANGELIQUE L. M. CLARK
Chapter 7 Trustee
POB 50070
Sparks, NV 89435
(775) 626-7083

DATED June 5, 2013.      JENKINS & CARTER
Attorneys for Northern Nevada Laborers
Trust Funds and Northern Nevada
Operating Engineers Trust Funds

By: _____
NATHAN M. JENKINS
JERRY C. CARTER
501 Hammill Lane
Reno, Nevada 89511-1004

IT IS SO ORDERED.

####

JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800 Fax (775) 829-0511

3